An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

SAMMY MARVIN HARRIS,
                Appellant,
vs.
THE STATE OF NEVADA
DEPARTMENT OF CORRECTIONS;
JAMES G. COX; D. NEVEN, WARDEN;
AND JULIO CALDERIN, CHAPLAIN,
                Respondents.

No. 68130

**FILED**

OCT 0 6 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order granting summary judgment. Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal appears to have been prematurely filed, before the entry of a final written judgment, and is therefore of no effect. *See* NRAP 4(a)(1); *Rust v. Clark Cty. School District*, 103 Nev. 686, 747 P.2d 1380 (1987). Accordingly, we conclude that we lack jurisdiction over this appeal and we

ORDER this appeal DISMISSED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:  Hon. Kathleen E. Delaney, District Judge
      Sammy Marvin Harris
      Attorney General/Carson City
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

15-30262